UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROSALINDA O. CARINO | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Civil Action No. 06-6268(FSH) |
| | : | |
| | : | ORDER ON INFORMAL |
| BANK OF NEW YORK, et al. | : | APPLICATION |
| | : | |
| **Defendants** | : | |

This matter having come before the Court by way of letter from the plaintiff dated July 4, 2007, requesting the issuance of subpoenas to compel individuals to appear before the Court for a settlement conference;

and the purpose of subpoenas being to secure the testimony or production of things for use in a proceeding;

and the purpose of a settlement conference being to attempt to assist the parties reach a mutually agreeable resolution of a dispute without a decision on the merits;

and hence there is no need to produce witnesses for testimony or have them produce things for such a proceeding;

and the Court having already entered an order directing the parties to have clients with full settlement authority appear in-person at the conference;

and it further appearing that the need for further compulsory process is inappropriate and unnecessary;

IT IS THEREFORE on this 13th day of July, 2007

ORDERED that the plaintiff's request for the issuance of subpoenas directing individuals

to appear at the settlement conference with the Court is denied.


                                                                           s/Patty Shwartz
                                                                           United States Magistrate Judge